IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KISS NAIL PRODUCTS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SHENZHEN JINRI ELECTRICAL APPLIANCE CO. LTD. dba VAV and VIVID & VOGUE; and JOHN DOE 1 dba ROPALIA,<br><br>        Defendants. | No. 2:18-cv-05625 (PKC) (GRB) |

**KISS'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AND ORDER GRANTING PERMANENT INJUNCTIVE RELIEF**

Eric A. Prager
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 503-9813
Facsimile: (212) 307-5598
eaprager@venable.com

Frederick C. Millett
Venable LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 218-2100
fmillett@venable.com

*Counsel for Plaintiff Kiss Nail Products, Inc.*

Plaintiff Kiss Nail Products, Inc. ("Kiss") filed a motion for default judgment on September 23, 2019. Pursuant to Local Civil Rule 6.1(b), Defendant Shenzhen Jinri Electrical Appliance Co. Ltd.'s ("Jinri") opposition to that motion was due on October 7, 2019. As Jinri did not file an opposition to Kiss's motion, nor has Jinri otherwise defended this action, Kiss respectfully requests that the Court enter default judgment against Jinri and permanently enjoin Jinri's infringing conduct as provided in the Proposed Order submitted with Kiss's September 23 moving papers.

Respectfully submitted,

*/s/ Eric A. Prager*
Eric A. Prager
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 503-9813
Facsimile: (212) 307-5598
eaprager@venable.com

Frederick C. Millett
Venable LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 218-2100
fmillett@venable.com

*Counsel for Plaintiff Kiss Nail Products, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I caused the foregoing document to be sent via international courier (FedEx international priority mail) to Defendant Shenzhen Jinri Electrical Appliance Co. Ltd. at the business address listed below:

> Shenzhen Jinri Electrical Appliance Co. Ltd.
> Jinri Electrical Park, Zone 1st
> Paotai Rd.
> Gongming, Shenzhen 518106
> People's Republic of China

I further certify that on October 9, 2019, I emailed courtesy copies of the above papers to the following email addresses known to be used by Defendant Shenzhen Jinri Electrical Appliance Co. Ltd.:

> sales3@jinriea.com

> sales1@jinriea.com

*/s/ Eric A. Prager*
Eric A. Prager